GARY M. RESTAINO
United States Attorney
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar. No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Albert Milton Williams, III, <br><br> Defendant. | Case No. 24-07516MJ <br><br> **INFORMATION** <br><br> Violation: <br><br> 41 C.F.R. § 102.74.390(c) <br> (Disorderly Conduct) <br> (Class C Misdemeanor) <br> Count 1 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about May 28, 2024, in the District of Arizona, at the Evo A. DeConcini Federal Courthouse, ALBERT MILTON WILLIAMS, III, exhibited disorderly conduct or other conduct that impedes or disrupts the performance of official duties by Government employees by trying to grab Court Security Officer J.R.H.'s firearm, in violation of 41 C.F.R. § 102.74.390(c).

Dated this 29th day of May, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*Digitally signed by SARAH HOUSTON*
*Date: 2024.05.29 09:06:01 -07'00'*

SARAH B. HOUSTON
Assistant U.S. Attorney